### 22470. BISHOP v. THE STATE.

HOOPER, J. The bill of exceptions in this case was certified by the judge on April 28, 1932, and was filed in the office of the clerk of the trial court on May 19, 1932. Not having been filed within fifteen days from the date of the certificate of the judge, in compliance with the mandatory requirements of the statute, the writ of error must be dismissed. *Woods* v. *State*, 11 *Ga. App.* 383 (75 S. E. 491), and cit.

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED SEPTEMBER 1, 1932.

*A. J. Shirley, A. B. Conger,* for plaintiff in error.
*F. E. Strickland, solicitor,* contra.